■ ROCKPORT CONSTRUCTION CO., INC., Appellant, v BOSTON-WILLIAMSBRIDGE CORP. et al., Respondents. [655 NYS2d 342] —Appeal from order, Supreme Court, Bronx County (Luis Gonzalez, J.), entered on or about January 26, 1996, which denied plaintiff's motion to reargue a prior order dismissing the complaint for failure to prosecute, unanimously dismissed, without costs, as taken from a nonappealable order.

Although plaintiff characterized its motion as one to renew as well as reargue the prior order, from which it did not appeal, in fact the motion was not based on any facts not before the court on the prior motion, and was therefore properly considered as one for reargument only, the denial of which is nonappealable (see, Pan World Constr. Corp. v 791 Park Ave. Corp., 185 AD2d 105, 107, lv dismissed and denied 80 NY2d 1005). Were we to reach the merits, we would affirm since the record demonstrates that plaintiff failed to file a timely note of issue, or set forth a justifiable excuse for its delay in doing so. Concur—Rosenberger, J. P., Ellerin, Tom and Mazzarelli, JJ.

■ JAMAR FRANCIS, Respondent, v NEW YORK CITY TRANSIT AUTHORITY et al., Appellants. [654 NYS2d 742] —Order, Supreme Court, New York County (Sheila Abdus-Salaam, J.), entered on or about June 19, 1996, which granted plaintiff's motion to set aside the verdict and directed a new trial, unanimously affirmed, without costs.

Defendants' bus driver's awareness of the presence of the car ahead for at least 15 seconds and for over a block and a half precludes a finding that the action of the car in stopping was so sudden and unexpected as to warrant an emergency doctrine charge (see, Rivera v New York City Tr. Auth., 77 NY2d 322, 327). In view of the trial court's prior correct decision rejecting defendants' request for an emergency doctrine charge, it was error not to recharge the jury once a modified version of that doctrine was charged due to inadvertent error. Furthermore, the verdict in favor of defendants was properly set aside as against the weight of the evidence in view of the bus driver's admission that, although he was aware of the presence of the car for over a block and a half, he looked away and noticed brake lights only after the car was completely stopped, resulting in his having to suddenly brake to avoid a collision. Concur—Rosenberger, J. P., Ellerin, Tom and Mazzarelli, JJ.